Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York  10178
(212) 309-6000
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------x | | **ELECTRONICALLY FILED** |
| PEDRO MENDES, JR., | : | |
| | : | |
| Plaintiff, | : | 07 CV 6568 (LAP)(GWG) |
| | : | |
| - against - | : | |
| | : | |
| LIBERTY TRAVEL, INC., HELENA LOGELFO, DONNA RICCARDI, LAUREN ROTHMAN, SUSAN BRENNAN, and KELLY FYTRAS, | : | |
| | : | |
| Defendants. | : | |
| ------------------------------------------------------------x | | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jennifer Hein, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants in the above-captioned action and request that service of all papers herein be made upon the undersigned at the address set forth below.

Dated: October 31, 2007
       New York, New York

MORGAN, LEWIS & BOCKIUS LLP

By:      /s/
       Jennifer Hein (JH-3393)
101 Park Avenue
New York, New York 10178
(212) 309-6000

*ATTORNEYS FOR DEFENDANTS*
*Liberty Travel, Inc., Helena Logelfo, Donna*
*Riccardi, Lauren Rothman, Susan Brennan, and*
*Kelly Fytras*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of Defendants' Notice of Appearance via electronic filing, on this 31st day of October 2007, on:

> Bradford D. Conover
> Conover Law Offices
> 75 Rockefeller Plaza, 20th Floor
> New York, NY 10019
> *Attorney for Plaintiff Pedro Mendes*

I affirm that the foregoing statements are true, under penalty of perjury.


\_\_/s/ Jennifer Hein_____