PRO-SKA/T

Law Offices
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PEDRO MENDES, JR.,

            Plaintiff,    :     07 CV 6568 (LAP) (GWG)

- against -

LIBERTY TRAVEL, INC., HELENA
LOGELFO, DONNA RICCARDI,
LAUREN ROTHMAN, SUSAN
BRENNAN, and KELLY FYTRAS

            Defendants.
------------------------------------------------------------x

### STIPULATION AND ORDER FOR EXTENSION OF TIME

It is hereby stipulated, by and between the parties in the above-captioned matter, that Defendants' time to answer the Amended Complaint in this action is extended until November 27, 2007.

STIPULATED AND AGREED:

By: _____       By: _____
Bradford D. Conover (BC-7224)         Jennifer Hein (JH-3393)
CONOVER LAW OFFICES                MORGAN, LEWIS & BOCKIUS LLP
75 Rockefeller Plaza, 20th Fl.            101 Park Avenue
New York, New York 10019             New York, New York 10178
(212) 588-9080                             (212) 309-6685

SO ORDERED:

_Loretta A. Preska_
Loretta A. Preska, U.S.D.J.
November 7, 2007