Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York  10178
(212) 309-6000
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
PEDRO MENDES, JR.,

        Plaintiff,

- against -

LIBERTY TRAVEL, INC., HELENA LOGELFO,
DONNA RICCARDI, LAUREN ROTHMAN,
SUSAN BRENNAN, and KELLY FYTRAS,

        Defendants.
---------------------------------------------------------------x

ELECTRONICALLY FILED

07 CV 6568 (LAP)(GWG)

RULE 7.1 DISCLOSURE STATEMENT

     Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Liberty Travel, Inc., by its attorneys Morgan, Lewis & Bockius, LLP, certifies that it has no publicly held parent companies, subsidiaries or affiliates.

Dated: November 27, 2007
       New York, New York

                                    Respectfully submitted,
                                    MORGAN, LEWIS & BOCKIUS LLP

                            By:   /s/ Jennifer Hein_____
                                   Jennifer Hein (JH-3393)
                                   Maral Kazanjian (MK-0906)
                         101 Park Avenue
                         New York, New York 10178
                         (212) 309-6000
                         *ATTORNEYS FOR DEFENDANTS*
                         *Liberty Travel, Inc., Helena Logelfo, Donna*
                               *Riccardi, Lauren Rothman, Susan Brennan, and*
                               *Kelly Fytras*

1-NY/2237019