**CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be served a true and correct copy of Defendants' Answer and Rule 7.1 Disclosure Statement via electronic filing, on this 27th day of November 2007, on:

> Bradford D. Conover
> Conover Law Offices
> 75 Rockefeller Plaza, 20th Floor
> New York, NY 10019
> *Attorney for Plaintiff Pedro Mendes*

I affirm that the foregoing statements are true, under penalty of perjury.


       /s/ Jennifer Hein_____