Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

PEDRO MENDES, JR.,                                          :

                     Plaintiff,      :

            - against -                     :

                            :

LIBERTY TRAVEL, INC., HELENA LOGELFO, :
DONNA RICCARDI, LAUREN ROTHMAN,      :
SUSAN BRENNAN, and KELLY FYTRAS,     :

               Defendants.      :

-------------------------------------------------------------x

**ELECTRONICALLY**
**FILED**

07 CV 6568 (LAP)(GWG)

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

PLEASE TAKE NOTICE that Morgan, Lewis & Bockius LLP hereby withdraws

the appearance of Maral N. Kazanjian as one of the attorneys of record for Defendants in

the above-captioned proceeding.

Dated:  New York, New York
        March 10, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:_____/s/_____
        Maral N. Kazanjian (MK-0906)
        101 Park Avenue
        New York, New York 10178
        (212) 309-6000

        Attorneys for Defendants

## **AFFIRMATION OF SERVICE**

I hereby affirm that I caused to be served a true and correct copy of the foregoing Notice of Withdrawal of Counsel, by regular mail, this 10th day of March 2008, on:

Bradford D. Conover
Conover Law Offices
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

*Attorney for Plaintiff Pedro Mendes*

I affirm that the foregoing statements are true, under penalty of perjury.

_____/s/_____
Jennifer Hein