Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PEDRO MENDES, JR.,

        Plaintiff,

     - against -

LIBERTY TRAVEL, INC., HELENA LOGELFO,
DONNA RICCARDI, LAUREN ROTHMAN,
SUSAN BRENNAN, and KELLY FYTRAS,

        Defendants.
---------------------------------------------------------------x

**ELECTRONICALLY FILED**

07 CV 6568 (LAP)(GWG)

### NOTICE OF APPEARANCE

    Please enter the appearance of Melissa C. Rodriguez, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants in the above-captioned action and request that service of all papers herein be made upon the undersigned at the address set forth below.

Dated: March 10, 2008
       New York, New York

                  MORGAN, LEWIS & BOCKIUS LLP

                  By: _____/s/_____
                       Melissa C. Rodriguez (MR-5819)
                  101 Park Avenue
                  New York, New York 10178
                  (212) 309-6000

                  *ATTORNEYS FOR DEFENDANTS*
                  *Liberty Travel, Inc., Helena Logelfo, Donna Riccardi, Lauren Rothman, Susan Brennan, and Kelly Fytras*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be served a true and correct copy of Defendants' Notice of Appearance via electronic filing, on this March 10, 2008, on:

      Bradford D. Conover
      Conover Law Offices
      75 Rockefeller Plaza, 20th Floor
      New York, NY 10019
      *Attorney for Plaintiff Pedro Mendes*

I affirm that the foregoing statements are true, under penalty of perjury.


        /s/ Melissa C. Rodriguez_____