Bradford D. Conover
Conover Law Offices
Attorneys for Plaintiff
75 Rockefeller Plaza. (20th Floor)
New York, NY 10019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PEDRO MENDES, JR.,                                   ELECTRONICALLY FILED

            Plaintiff,

                                                    07-CV-6568 (LAP)(GWG)

-against-

LIBERTY TRAVEL, INC., HELENA LOGELFO,
DONNA RICCARDI, LAUREN ROTHMAN,
SUSAN BRENNAN, and KELLY FYTRAS

           Defendants.

------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please enter the appearance of BRADFORD D. CONOVER, of the firm Conover Law Offices, as counsel of record for plaintiff, PEDRO MENDES, JR., in the above-captioned case.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         March 13, 2008

                                                    CONOVER LAW OFFICES
                                                    Attorneys for Plaintiff

                                                    By:  _____
                                                         Bradford D. Conover
                                                    75 Rockefeller Plaza. (20th Fl.)
                                                    New York, NY 10019
                                                    (212) 588-9080 (Telephone)
                                                    (212) 763-5001 (Fax Number)