Bradford D. Conover
Conover Law Offices
Attorneys for Plaintiff
75 Rockefeller Plaza. (20th Floor)
New York, NY 10019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

PEDRO MENDES, JR.,                      **ELECTRONICALLY FILED**

           Plaintiff,

                                                                     07-CV-6568 (LAP)(GWG)

 -against-

LIBERTY TRAVEL, INC., HELENA LOGELFO,
DONNA RICCARDI, LAUREN ROTHMAN,
SUSAN BRENNAN, and KELLY FYTRAS

           Defendants.

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Please enter the appearance of MOLLY SMITHSIMON, of the firm Conover Law Offices, as counsel of record for plaintiff, PEDRO MENDES, JR., in the above-captioned case.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
        March 13, 2008

                                              CONOVER LAW OFFICES
                                              Attorneys for Plaintiff
                                          By: _____
                                             Molly Smithsimon
                                             75 Rockefeller Plaza. (20th Fl.)
                                             New York, NY 10019
                                             (212) 588-9080 (Telephone)
                                             (212) 763-5001 (Fax Number)