UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

PEDRO MENDES, JR.,

       Plaintiff,   :   07 Civ. 6568 (LAP)

  -against-   :   ORDER

LIBERTY TRAVEL, INC., HELENA
LOGELFO, DONNA RICCARDI,
LAUREN ROTHMAN, SUSAN BRENNAN,
and KELLY FYTRAS

       Defendants.

------------------------------x

LORETTA A. PRESKA, U.S.D.J.

This case is re-designated as ECF.

SO ORDERED:

Dated: March _14_, 2008
      New York, New York

                                          */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08