```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PEDRO MENDES, JR.

        Plaintiff,  :  07 Civ. 6568 (LAP)

  -against-  :  ORDER

LIBERTY TRAVEL,

        Defendant.

------------------------------------x

LORETTA A. PRESKA, U.S.D.J.

    The Clerk of the Court shall mark this action closed, subject to re-opening within thirty days of the date hereof if the settlement is not effected, and all pending motions denied as moot.

SO ORDERED:

Dated:   New York, New York
        June _11_, 2008

                                _Loretta A. Preska_
                                LORETTA A. PRESKA, U.S.D.J.