**Exhibit A**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PEDRO MENDES, JR.,

        Plaintiff,

   - against -

LIBERTY TRAVEL, INC., HELENA
LOGELFO, DONNA RICCARDI,
LAUREN ROTHMAN, SUSAN
BRENNAN, and KELLY FYTRAS

        Defendants.
-----------------------------------------------------------x

07 CV 6568 (LAP) (GWG)

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

that all claims in the above-captioned action are hereby dismissed with prejudice, with each party

to bear their own attorneys' fees and costs.

By: _____
   Bradford D. Conover
   CONOVER LAW OFFICES
   75 Rockefeller Plaza, 20th Fl.
   New York, New York 10019
   (212) 588-9080
   *Attorney for Plaintiff*

By: _____
   Melissa C. Rodriguez
   MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
   New York, New York 10178
   (212) 309-6394
   *Attorney for Defendants*

SO ORDERED:

_____
Loretta A. Preska, U.S.D.J.

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:
*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

July 9, 2008